USA-74-24B
(Rev. 05/01)

CRIMINAL DOCKET H 16 095

HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

USAO Number: 2016R05236

Magistrate Number:

MAR 03 2016

CRIMINAL INDICTMENT

Filed David J. Bradley, Clerk of Court   Judge: Hoyt

ATTORNEYS:

UNITED STATES of AMERICA
VS.

KENNETH MAGIDSON, USA  (713) 567-9000

KIMBERLY ANN LEO, AUSA  (713) 567-9000

| | Appt'd | Private |
|---|---|---|
| JACOB RILEY GARNER | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

CHARGE:
(TOTAL)
(COUNTS:)
( 3 )

Ct. 1: Receipt of Child Pornography [18 USC §§ 2252A(a)(2)(B) and 2252A(b)(1)]

Ct. 2: Access with Intent to View Child Pornography [18 USC §§ 2252A(a)(5)(B) and 2252A(b)(2)]

Ct. 3: Possession of Child Pornography [18 USC § 2252A(a)(5)(B) and 2252A(b)(2)]

PENALTY:

Ct. 1: Between 5-20 years imprisonment; up to $250,000 fine; not less than 5 years up to life SRT; $100 SA and $5,000 S/ (Justice for Victims Trafficking Act 2015).

Ct. 2: Up to 10 years imprisonment; up to $250,000 fine; not less than 5 years up to life SRT; $100 SA.

Ct. 3: Up to 10 years imprisonment; up to $250,000 fine; not less than 5 years up to life SRT; $100 SA and $5,000 (Justice for Victims Trafficking Act 2015).

☑ In Jail  Montgomery County Jail SO# 561213

☐ On Bond

☐ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: