UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
March 04, 2016
David J. Bradley, Clerk

UNITED STATES OF AMERICA

v.

JACOB RILEY GARNER

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

CRIMINAL NO:

# H 16 095

## ORDER FOR ISSUANCE OF BENCH WARRANT

A   CRIMINAL INDICTMENT                    has been returned against the defendant listed

below.

It is ORDERED that a warrant be issued for the arrest of said defendant.  Upon arrest and

appearance, a judicial determination shall be made as to detention or release on conditions.  The

United States Government recommends to the Court the following:

Defendant

JACOB RILEY GARNER

☑ DETENTION

☐ RELEASED ON CONDITION

☐ APPEARANCE BOND IN THE
AMOUNT OF: $

SIGNED at Houston, Texas, on _____ 3-3 _____, 20 16 .

_____
UNITED STATES MAGISTRATE JUDGE