United States Courts
Southern District of Texas
FILED

MAR 03 2016

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Petitioner. | § | |
| | § | CRIMINAL NO. |
| v. | § | |
| | § | |
| JACOB RILEY GARNER | § | H 16 095 |
| Respondent. | § | |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Kenneth Magidson, United States Attorney in and for the Southern District of Texas, petitioner herein, and shows to the Court that **JACOB RILEY GARNER, DOB: 01/XX/1994, SO#: 561213**, duly committed to the Sheriff of Montgomery County, Montgomery County Jail – 2020 Plantation Dr. #107, Conroe, Texas 77301, is a defendant in the above-captioned case which will be called for the purpose of an initial appearance in the United States District Court for the Southern District of Texas, Houston Division, on the 11th day of March, 2016, at 10:00 A.M., in Houston, Texas.

Petitioner where he now stands duly committed by law further represents that the Sheriff of Montgomery County, Montgomery County Jail – 2020 Plantation Dr. #107, Conroe, Texas 77301, will release the defendant into the custody of the United States Marshal for the Southern District of Texas or any other authorized United States Marshal, upon this Writ, with the agreement and understanding that after the federal proceedings necessitated by the cause, he is to be returned by the said United States Marshal into the custody of the Sheriff of Montgomery

County, Montgomery County Jail – 2020 Plantation Dr. #107, Conroe, Texas 77301, where he now stands duly committed by law.

WHEREFORE, petitioner prays the Court to issue a Writ of Habeas Corpus Ad Prosequendum directing the United States Marshal for the Southern District of Texas, or any other authorized United States Marshal, to produce the body of the said defendant before this Court on the 11th day of March, 2016, so that he may be present in this cause at that time.

Respectfully submitted,

KENNETH MAGIDSON
United States Attorney

By: /s/ Kimberly Ann Leo
Kimberly Ann Leo
Assistant United States Attorney
1000 Louisiana St., Ste. 2300
Houston, Texas 77002
713-567-9000