HONORABLE STEPHEN WM. SMITH, PRESIDING
DEPUTY CLERK: Jason Marchand          ERO: S. Brown

INTERPRETER __No__     USPO: D. Hernandez

CLERK, U.S. DISTRICTCOURT
SOUTHERN DISTRICT OF TEXAS
FILED
3-18-16
DAVID J. BRADLEY, Clerk

OPEN: __10:24__     ADJOURN: __10:26__

CR. No. __16-95__     DEFT No. __1__     USDJ __Hoyt__

UNITED STATES OF AMERICA

§
§
§
§
§
§
§
§
§
§
§

Kim Leo _____ AUSA

vs.

Jacob Riley Garner _____     Joshua Lake -F _____

## ARRAIGNMENT

☑ .... _____  Arraignment held. _____ Superseding Indictment _____ Information
☐ .... _____  Defts first appearance with counsel.
☑ .... _____  Deft enters a plea of not guilty on __all__ counts.
☐ .... _____  Waiver of Speedy Trial executed.
☐ .... _____  Waiver of Indictment.
☑ .... _____  Docket Control Order issued w/cc to parties _____ to be mailed _____ not issued
☐ .... _____  Bond continued.
☐ .... _____  Deft failed to appear, bench warrant to issue.
☑ .... _____  Deft REMANDED to the custody of the U.S. Marshal
☐ .... _____  Nebbia Hearing (Conflict of Interest) held.

OTHER PROCEEDINGS/COMMENTS:

_____

_____

_____

_____